THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS OLIVER, Appellant.

Submitted July 8, 1955; decided July 8, 1955.

*John J. Ryan* for motion.

*Daniel V. Sullivan, District Attorney (John B. Lee* of counsel), for the People of the State of New York.

Motion granted and case set down for argument during the October, 1955, session of the Court of Appeals.